UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 16, 2013

_____

NOTICE

_____

No. 13-4642,    US v. Kevin Brown
                8:12-cr-00086-RWT-8

TO: Counsel and Parties

The parties are advised that the motion to extend filing is considered moot and that the court does not intend to take action on the motion. The briefing was previously extended by order on December 6, 2013. Due to this case having consolidated briefing, only one motion is required to extend the filing time for both appellants.


RJ Warren, Deputy Clerk
804-916-2702